```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HOPE LEVY,

                Plaintiff,

      -against-

YAI, *et al.*,

              Defendants.
-------------------------------------------------------------X

1:23-cv-1387-GHW

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

In the Court's order dated February 21, 2023, Dkt. No. 3, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than April 17, 2023. The Court has not received either document. The parties are directed to comply with the Court's February 21 order forthwith and in any event no later than April 20, 2023.

SO ORDERED.

Dated: April 18, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge