```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/25/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HOPE LEVY,

                              Plaintiff,

      -against-

YAI, et al.,

                            Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**23-CV-1387 (GHW)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 27). A telephone conference will be held on **Tuesday, May 16, 2023 at 4:30 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: April 25, 2023
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge